Document ID: 2a325d5fd422053665374d8051ff990f5bc1f68b43d02150d7340epc4280aba8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Tyiesha Denisesha Hartwill          BK NO. 25-01150 HWV
      Tyrell Savoy Hartwill

            Debtor(s)                Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
16 Sep 2025, 12:22:13, EDT


                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  215-627-1322