IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Tyiesha Denisesha Hartwill and Tyrell Savoy Hartwill,<br>    Debtors<br>_____<br><br>Credit Acceptance Corporation,<br>    Movant,<br><br>v.<br><br>Tyiesha Denisesha Hartwill and Tyrell Savoy Hartwill,<br>    Respondents<br><br>Jack N. Zaharaopoulos, Trustee | Chapter 13<br><br>CASE NO 1:25-bk-01150-HWV |

**ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes the above-captioned Debtors, Tyiesha Denisesha Hartwill and Tyrell Savoy Hartwill, by and through their attorney, Dawn Cutaia, who files this Answer:

1. Admitted.
2. No response required.
3. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.
4. Admitted in part; Denied in part. Debtors admit they are behind, but they are able to catch up with an amended plan. Debtors need their vehicles to assist with their re-organization so they can get to and from work.
5. Denied.

WHEREFORE, Debtors respectfully request this Honorable Court deny the Motion for Relief from Stay and allow the Debtors to cure any arrears with an amended plan.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtors
Supreme Court ID: 77965
Fresh Start Law, PLLC
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com