**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Tyiesha Denisesha Hartwill** and **Tyrell Savoy Hartwill**, Debtors

Chapter 13

CASE NO: 1:25-bk-01150-HWV

### Change of Address - Debtors

Debtors Tyiesha Denisesha Hartwill and Tyrell Savoy Hartwill file this Change of Address notice.

Old Address:
2450 Walnut Bottom Rd.
York, PA  17408

New Address:
2901 Emig Court
Dover, PA  17315

Date:  5/18/26

Respectfully Submitted,

By:  **/s/ Dawn M. Cutaia**
**Attorney for Debtor**
**Fresh Start Law, PLLC**
Supreme Court ID 77965
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com