**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TYIESHA DENSESHA HARTWILL, | : | |
| TYRELL SAVOY HARTWILL, | : | |
| Debtor | : | CASE NO.  1:25-BK-01150-HWV |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| | : | |
| vs | : | |
| | : | |
| TYIESHA DENSESHA HARTWILL, | : | |
| TYRELL SAVOY HARTWILL, | : | |
| Respondent | : | |

## CERTIFICATE OF DEFAULT

AND NOW, on July 20, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for

the Middle District of Pennsylvania, by and through his Attorney, Douglas R. Roeder, Esquire, and

certifies that on June 24, 2026, the Court issued an Order directing Debtor to file a Stipulation in

fourteen (14) days. As of July 20, 2026, a Stipulation has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: July 20, 2026,

Respectfully submitted,

/s/ Douglas R Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

## CERTIFICATE OF SERVICE

AND NOW, on July 20, 2026, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

Served Electronically
DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

Served by 1st Class Mail

TYIESHA DENISESHA HARTWILL
TYRELL SAVOY HARTWILL
2901 EMIG CT
DOVER, PA 17315

/s/Ashley Schott
For Jack N. Zaharopoulos
Standing Chapter 13 Trustee