United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Tyiesha Denisesha Hartwill

Tyrell Savoy Hartwill

    Debtors

Case No. 25-01150-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 4

Date Rcvd: Jul 20, 2026        Form ID: pdf010        Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Tyiesha Denisesha Hartwill, Tyrell Savoy Hartwill, 2901 Emig Court, Dover, PA 17315-4580 |
| 5707222 | + | Attalah Banks, 3520 Ellamont Road, Baltimore, MD 21215-7423 |
| 5707235 | + | Ralph Smith Siegrist, III, 517 Skidmore Blvd, Gaithersburg, MD 20877-1269 |
| 5707239 | | Wood Forest National, P.O. Box 7889, Spring, TX 77387-7889 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2026 18:58:01 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2026 18:44:00 | Credit Acceptance Corporation, 25505 W TWELVE MILE ROAD, SOUTHFIELD, MI 48037 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2026 18:58:03 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2026 18:45:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, P.O. Box 961245, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 5707221 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 20 2026 18:57:57 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5714486 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2026 18:57:58 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5730408 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2026 18:58:01 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5717142 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2026 18:58:01 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5723418 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2026 18:58:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5710243 | | Email/Text: notices@bkservicing.com | Jul 20 2026 18:44:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5712308 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2026 18:57:57 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| 5707223 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2026 18:57:57 | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
|---|---|---|---|
| 5707224 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2026 18:47:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5715661 | Email/Text: mrdiscen@discover.com | Jul 20 2026 18:44:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5707226 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2026 18:44:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5707225 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2026 18:44:00 | Credit Acceptance, Po Box551888, Detroit, MI 48255-1888 |
| 5707220 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2026 18:45:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5707227 | + Email/Text: mrdiscen@discover.com | Jul 20 2026 18:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5809390 | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2026 18:44:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5809391 | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2026 18:44:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5707228 | ^ MEBN | Jul 20 2026 18:41:59 | Fidelity, 900 Salem Street, Smithfield, RI 02917-1243 |
| 5707218 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2026 18:44:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5707229 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2026 18:47:43 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5709518 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2026 18:58:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5731382 | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2026 18:44:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5707230 | + Email/Text: FWBankruptcyTeam@mercedes-benz.com | Jul 20 2026 18:44:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 5707231 | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Jul 20 2026 18:44:00 | Mercedes Benz Financial, Po Box 5209, Carol Stream, IL 60197-5209 |
| 5707232 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 20 2026 18:58:01 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5707233 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 20 2026 18:45:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5720065 | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 20 2026 18:45:00 | Navy Federal Credit Union Attn Bankruptcy, PO Box 3000, Merrifield VA 22119-3000 |
| 5707234 | + Email/Text: bankruptcy@td.com | Jul 20 2026 18:45:00 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5721990 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2026 18:45:00 | Nordstrom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5723798 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2026 18:58:08 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5770385 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2026 18:57:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5715421 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2026 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5711667 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2026 18:45:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5707238 | | Email/Text: bankruptcy@sunbit.com | Jul 20 2026 18:44:00 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 5707237 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2026 18:45:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5707236 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2026 18:45:00 | Santander Consumer Usa, Po Box 660633, Dallas, TX 75266-0633 |
| 5715210 | + | Email/Text: ebankruptcy@woodforest.com | Jul 20 2026 18:45:00 | Woodforest National Bank, P.O. Box 7889, The Woodlands, TX 77387-7889 |
| 5707219 | + | Email/Text: kcm@yatb.com | Jul 20 2026 18:44:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5710244 | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5715662 | * | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 2 Tyrell Savoy Hartwill dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Tyiesha Denisesha Hartwill dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | |

             on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

             ustpregion03.ha.ecf@usdoj.gov

William E. Craig

             on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com

William E. Craig

             on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                              :
                                                    :    CHAPTER 13
                                                    :
TYIESHA DENISESHA HARTWILL and    :
TYRELL SAVOY HARTWILL,                  :
                                                    :    CASE NO. 1:25-bk-01150-HWV
                        Debtors.                 :

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 63, and this Court's June 24, 2026 Order directing the Debtors to file a Stipulation within 14 days, Doc. 62, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 20, 2026